**EXHIBIT 2:** INFRINGEMENT

URL: https://www.instagram.com/plazadeaubrey/p/ChU3N99LvXQ/?img_index=3

