**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
　csanders@sanderslaw.group
Jacqueline Mandel, Esq. (Cal Bar 317119)
　jmandel@sanderslaw.group
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Peterson,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Aubrey Plaza,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-01840-RAO<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Magistrate Judge: Hon. Rozella A. Oliver<br><br>Complaint Filed: March 4, 2025 |

　　Plaintiff Christopher Peterson ("Plaintiff") via counsel, respectfully submits this response to the Court's Order to Show Cause dated June 6, 2025. (*Dkt. No.* 9). For the following reasons, the Court should decline to dismiss the case for failure to prosecute.

　　Plaintiff has diligently attempted to serve Defendant to no avail. Due to Defendant's celebrity status, finding Defendant's location and conducting personal service has been unsuccessful. Plaintiff has filed – simultaneously with this Response – an Unopposed Nunc Pro Tunc Motion for an Enlargement of Time to Effectuate Service.

Case No. 2:24-cv-05873-MRA-JC　　　　　- 1 -

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Further, dismissal is not warranted as Plaintiff has not missed any other deadlines or violated any Court orders and is now timely responding to the Court's Order to Show Cause.

Finally, "there is a preference in the Federal Courts to decide cases on their merits, rather than on technical or procedural grounds." *Camp v. Colvin*, No. 14-CV-6143T, 2014 WL 6474630, at *2 (W.D.N.Y. Nov. 19, 2014); *see also Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986) ("Cases should be decided upon their merits whenever reasonably possible."). Here, Plaintiff has asserted a meritorious copyright infringement claim that should be decided on the merits rather than dismissed on technical grounds.

Based on the foregoing, Plaintiff respectfully requests that the Court not dismiss this action for lack of prosecution and discharge the Order to Show Cause, allowing the parties additional time to potentially reach a settlement.

DATED: June 13, 2025            **SANDERS LAW GROUP**

By:  */s/ Jacqueline Mandel*
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY
Tel: (516) 203-7600
Email: jmandel@sanderslaw.group
File No.: 126693
*Attorneys for Plaintiff*