**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Peterson,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Aubrey Plaza,<br><br>　　　　　Defendant. | Case No.: 2:25-cv-01840-RAO<br><br>**UNOPPOSED *NUNC PRO TUNC* MOTION FOR AN ENLARGMENT OF TIME TO EFFECTUATE SERVICE**<br><br>Judge: Hon. Rozella A. Oliver<br><br>Amended Complaint Filed: March 4, 2025 |

　　　Plaintiff, by counsel, respectfully requests that this Court issue an order allowing Plaintiff an additional sixty (60) days to serve Defendant. Despite diligent efforts that are outlined in the accompanying Declaration of Jacqueline Mandel, Plaintiff has been unable to effectuate service upon Defendant.

　　　As set forth further in the accompanying declaration, Plaintiff has, with reasonable diligence, attempted to serve Defendant; however, service has not been successful. As Defendant is a public figure, it is difficult discovering a viable address or effectuating personal service. Wherefore, Plaintiff respectfully requests that this

Court grant Plaintiff's motion for an enlargement of time to effectuate service.

Dated: June 13, 2025

**SANDERS LAW GROUP**

By: */s/ Jacqueline Mandel*
Jacqueline Mandel, Esq. (Cal Bar 284397)
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jmandel@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 130489