|   |   |
|---|---|
| 1 | **SANDERS LAW GROUP** |
|   | Craig Sanders, Esq. (Cal Bar 284397) |
| 2 |    csanders@sanderslaw.group |
|   | Jacqueline Mandel, Esq. (Cal Bar 317119) |
| 3 |    jmandel@sanderslaw.group |
|   | 333 Earle Ovington Blvd, Suite 402 |
| 4 | Uniondale, NY 11553 |
|   | Tel: (516) 203-7600 |
| 5 |   |
|   | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Christopher Peterson, | Case No. 2:25-cv-01840-RAO |
|---|---|
|         Plaintiff, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |
| v. |   |
| Aubrey Plaza, | Magistrate Judge: Hon. Rozella A. Oliver |
|         Defendant. | Complaint Filed: March 4, 2025 |

      Plaintiff Christopher Peterson ("Plaintiff") via counsel, respectfully submits this response to the Court's Order to Show Cause dated September 16, 2025. (*Dkt. No.* 15). For the following reasons, the Court should decline to dismiss the case for failure to prosecute.

      Plaintiff has diligently attempted to serve Defendant to no avail. Due to Defendant's celebrity status, finding Defendant's location and conducting personal service was unsuccessful. After the Court's recent extension to serve, Plaintiff diligently conducted further research to locate Defendant. Through research, Plaintiff discovered Defendant's personal attorney. Plaintiff reached out to this

attorney to see if they would represent Defendant in this matter. After confirmation that they would represent Defendant, they agreed to waive service and such waiver was filed on September 22, 2025. (*Dkt. No.* 16). Thus, as Defendant has now made an appearance, Plaintiff requests the Order to Show Cause be discharged.

Further, dismissal is not warranted as Plaintiff has not missed any other deadlines or violated any Court orders and is now timely responding to the Court's Order to Show Cause.

Finally, "there is a preference in the Federal Courts to decide cases on their merits, rather than on technical or procedural grounds." *Camp v. Colvin*, No. 14-CV-6143T, 2014 WL 6474630, at *2 (W.D.N.Y. Nov. 19, 2014); *see also Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986) ("Cases should be decided upon their merits whenever reasonably possible."). Here, Plaintiff has asserted a meritorious copyright infringement claim that should be decided on the merits rather than dismissed on technical grounds.

Based on the foregoing, Plaintiff respectfully requests that the Court not dismiss this action for lack of prosecution and discharge the Order to Show Cause, allowing Defendant to respond to the Complaint.

DATED: September 23, 2025                **SANDERS LAW GROUP**

By: */s/ Jacqueline Mandel*
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY
Tel: (516) 203-7600
Email: jmandel@sanderslaw.group
File No.: 126693
*Attorneys for Plaintiff*